# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3332
_____

WILLIE LEE RUTLEDGE,

Appellant,

v.

RICHARD COMERFORD, Secretary,
Florida Department of
Corrections,

Appellee.

_____

On appeal from the Circuit Court for Union County.
Robert K. Groeb, Judge.

July 15, 2026

PER CURIAM.

AFFIRMED.

ROWE, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Willie Lee Rutledge, pro se, Appellant.

James Uthmeier, Attorney General, and Sheron Wells, Assistant Attorney General, Tallahassee, for Appellee.